**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Guillermo JACQUEZ, also known as Hector Carrarea, also known as Hector Armando Carrera, also known as Rafael Martinez Torres, also known** as Guillermo Jaquez, also known as Guillermo Jacquez–Gonzalez, also known as Israel Muniz, Defendant–Appellant.

**No. 05–20740
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Larry Chris Iles, counsel appointed to represent Guillermo Jacquez, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, the record, and Jacquez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Jacquez's motion for appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.